INVENTIO AG, Plaintiff–Appellant

v.

THYSSENKRUPP ELEVATOR CORPORATION, Defendant–Cross–Appellant.

Thyssenkrupp Elevator Americas Corporation, Thyssenkrupp Elevator Manufacturing Incorporated, Defendants.

Nos. 2015–1189, 2015–1227.

United States Court of Appeals, Federal Circuit.

Nov. 12, 2015.

Pierre Yanney, Stroock & Stroock & Lavan LLP, New York, NY, argued for plaintiff-appellant.

David E. Schmit, Frost Brown Todd LLC, Cincinnati, OH, argued for defendant-cross-appellant.

DYK, MOORE, and STOLL, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

In re MIDWESTERN PET FOODS, INC., Appellant.

No. 2015–1221.

United States Court of Appeals, Federal Circuit.

Nov. 12, 2015.

Timothy D. Pecsenye, Blank Rome LLP, Philadelphia, PA, argued for appellant. Also represented by Bradford C. Craig.

Mary Beth Walker, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Christina Hieber, Nathan K. Kelley, Thomas W. Krause, Thomas L. Casagrande.

PROST, Chief Judge, TARANTO and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.